**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD PHILLIP DURAN, JR.,<br>Plaintiff,<br>v.<br>SOLORIO, *et al.*,<br>Defendants. | Case No. 1:26-cv-05756 JLT BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br>(Doc. 16) |

Richard Phillip Duran, Jr. asserts that he suffered violations of his civil rights while housed at Valley State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendants Solorio, Figueroa, and Gonzalez for excessive force in violation of the Eighth Amendment. (Doc. 13 at 2-4.) However, Plaintiff failed to state a cognizable claim against any other named defendant. (*Id.* at 4-5.) The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claim identified. (*Id.* at 5.) On August 7, 2026, Plaintiff notified the Court that he was willing to proceed only on the cognizable claim. (Doc. 14.)

The magistrate judge issued Findings and Recommendations, reiterating the findings of the Screening Order and recommending the action proceed on Plaintiff's claim for excessive force against Solorio, Figueroa, and Gonzalez. (Doc. 16 at 2-5.) The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due within 14

days. (*Id.* at 5.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.* at 5-6, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. As the magistrate judge observed, the factual allegations may support claims against other individuals who are not named as defendants in the complaint. Because Plaintiff elected to not pursue his claims against those individuals in this action, the dismissal of the claims shall be without prejudice. *See Ray v. Brevard Police Dep't*, 2026 WL 776601, at *3 (W.D.N.C. Mar. 18, 2026) ("allegations directed at individuals not named as Defendants are … dismissed without prejudice. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 11, 2026 (Doc. 16) are **ADOPTED** in full.
2. This action **SHALL** proceed <u>only</u> on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants Solorio, Figueroa, and Gonzalez.
3. All other claims and defendants are **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: _September 8, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE